FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   0   2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

MARK CRANE,

                  Plaintiff,

   -against-

U.S. DEPARTMENT OF EDUCATION,

                  Defendant.

-------------------------------------------------------- X

05-CV-5847 (ARR)(CLP)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

ORDER

ROSS, United States District Judge:

    I have received the Report and Recommendation on the instant case dated November 8, 2006 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a _de novo_ review of the record, I hereby adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this action is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    SO ORDERED.

                                                    Allyne R. Ross
                                                    United States District Judge

Dated: December 5, 2006
        Brooklyn, New York

1

**SERVICE LIST:**

*Pro Se* Plantiff

Mark Crane
2830 Sedgwick Avenue
#6E
Bronx, NY 10468


cc:	Magistrate Judge Cheryl L. Pollak